United States District Court
Southern District of Texas
**ENTERED**
September 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KIMBERLY PIERCE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-00346 |
| § | |
| **HOUSTON COMMUNITY COLLEGE SYSTEM,** § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Plaintiff Kimberly Pierce brought this suit against Defendant Houston Community College System. Defendant moved for summary judgment. ECF No. 58. Magistrate Judge Palermo's Report and Recommendation, ECF No. 68, recommended granting Defendants' motions for summary judgment. The Court adopted Judge Palermo's Report and Recommendation and granted summary judgment to Defendant Houston Community College Systems. ECF No. 76.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 23rd day of September, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE