AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

KIMBERLY PIERCE )
)
v. ) Case No.:  No. 4:21-cv-346
)
HOUSTON COMMUNITY COLLEGE SYSTEM )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on  09/23/2022  against  Plaintiff ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk .................................................... | $ |
| Fees for service of summons and subpoena .................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 9,437.84 |
| Fees and disbursements for printing ....................................... | |
| Fees for witnesses *(itemize on page two)* ................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case.................................... | |
| Docket fees under 28 U.S.C. 1923 ....................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts .................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................ | |
| TOTAL | $ 9,437.84 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:   Charles H. Wilson

Name of Attorney:   Charles H. Wilson

For:   Houston Community College System                        Date:  10/4/2022
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*         *Deputy Clerk*            *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**ITEMIZED COSTS**

Transcripts

| | | |
|---|---:|---:|
| Lexitas Invoice No. 1259223 | $ 2,710.05 | |
| Lexitas Invoice No. 1259926 | 1,641.26 | |
| Lexitas Invoice No. 1290838 | 1,067.17 | |
| Lexitas Invoice No. 1290845 | 725.73 | |
| | | $ 6,144.21 |
| U.S. Legal Invoice No. 20220164273-14 | $ 879.58 | |
| U.S. Legal Invoice No. 20220107201-14 | 1,491.70 | |
| U.S. Legal Invoice No. 20210034162-14 | 922.35 | |
| | | $ 3,293.63 |
| **TOTAL COSTS** | | **$ 9,437.84** |



# Invoice

**Invoice No:** 1259223
**Invoice Date:** 1/31/2022
**Payment Terms:** Net 30

**Bill To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Case Name:**
Kimberly Pierce v. Houston Community College System US District Court; Southern District of TX; Houston Division; C.A. No. 4:21-cv-346

**Case Number:** 4:21-cv-346

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-826255 | Kimberly Noelle Pierce | 1/25/2022 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript - Original | 190 | $1,844.90 |
| Exhibits - B/W Pages | 186 | $158.10 |
| Electronic Transcript Processing | 1 | $0.00 |
| Rough Draft of Transcript | 158 | $316.00 |
| Rush Litigation Bundle | 1 | $135.00 |
| Obtain Witness Signature/Filing Requirements | 1 | $50.00 |
| Full Day Reporter Attendance | 1 | $150.00 |
| Parking | 1 | $16.00 |



# Invoice

**Invoice No:** 1259223
**Invoice Date:** 1/31/2022
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Job# 2022-826255

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $2,670.00 |
| **Tax(0%):** | |
| **Total:** | $2,670.00 |
| **Payments and Credits:** | $2,670.00 |
| **Amount Due** | $0.00 |
| **After 3/2/2022 Pay** | $2,710.05 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767

2 of 2



# Invoice

**Invoice No:** 1259926
**Invoice Date:** 2/1/2022
**Payment Terms:** Net 30

**Bill To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Case Name:**
Kimberly Pierce v. Houston Community College System US District Court; Southern District of TX; Houston Division; C.A. No. 4:21-cv-346

**Case Number:** 4:21-cv-346

**Header:** Charges for Original Video Services re:

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-826255 | Kimberly Noelle Pierce | 1/25/2022 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Video On-Site Hours | 7.25 | $870.00 |
| Video - SYNC | 4 | $560.00 |
| Video Digital Masters | 4 | $80.00 |
| Video Archive Support | 1 | $10.00 |
| Video Electronic Processing | 1 | $75.00 |
| Parking | 1 | $22.00 |

**Memo:**

**Sold To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**Subtotal:** $1,617.00
**Tax(0%):**
**Total:** $1,617.00

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Job# 2022-826255

**Payments and Credits:** $1,617.00
**Amount Due** $0.00

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

**After 3/3/2022 Pay** $1,641.26

1 of 2



# Invoice

**Invoice No:** 1259926
**Invoice Date:** 2/1/2022
**Payment Terms:**  Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1290838
**Invoice Date:** 4/20/2022
**Payment Terms:** Net 30

**Bill To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Case Name:**
Kimberly Pierce v. Houston Community College System US District Court; Southern District of TX; Houston Division; C.A. No. 4:21-cv-346

**Case Number:** 4:21-cv-346

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-838610 | Kimberly Pierce, Volume 2 | 4/1/2022 | | | 059939.1025 | |

| Item | Quantity | Amount |
|---|---|---|
| Transcript - Original | 94 | $531.10 |
| Exhibits Pages | 78 | $66.30 |
| Electronic Transcript Processing | 1 | $0.00 |
| Half Day Reporter Attendance | 1 | $100.00 |
| Obtain Witness Signature/Filing Requirements | 1 | $50.00 |
| Legal View Connectivity | 1 | $50.00 |
| Litigation Bundle | 1 | $110.00 |
| Rough Draft of Transcript | 72 | $144.00 |

1 of 2



# Invoice

**Invoice No:** 1290838
**Invoice Date:** 4/20/2022
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Job# 2022-838610

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| Subtotal: | $1,051.40 |
| Tax(0%): | |
| Total: | $1,051.40 |
| Payments and Credits: | $0.00 |
| **Amount Due** | **$1,051.40** |
| **After 5/20/2022 Pay** | **$1,067.17** |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# Invoice

**Invoice No:** 1290845
**Invoice Date:** 4/20/2022
**Payment Terms:** Net 30

**Bill To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Case Name:**
Kimberly Pierce v. Houston Community College System US District Court; Southern District of TX; Houston Division; C.A. No. 4:21-cv-346

**Case Number:** 4:21-cv-346

**Header:** Charges for Original Video Services re:

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2022-838610 | Kimberly Pierce, Volume 2 | 4/1/2022 | | | 059939.1025 | |

| Item | Quantity | Amount |
|---|---|---|
| Video On-Site Hours | 3.5 | $420.00 |
| Video - NON- SYNC | 2 | $170.00 |
| Video Digital Masters | 2 | $40.00 |
| Video Archive Support | 1 | $10.00 |
| Video Electronic Processing | 1 | $75.00 |

**Memo:**

**Sold To:**
31401:1 Charles Wilson
1301 McKinney, Ste. 1900
Houston Texas 77010
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2001
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Job# 2022-838610

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

|  |  |
|---|---|
| **Subtotal:** | $715.00 |
| **Tax(0%):** | |
| **Total:** | $715.00 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $715.00 |
| **After 5/20/2022 Pay** | $725.73 |

1 of 2



# Invoice

**Invoice No:** 1290845
**Invoice Date:** 4/20/2022
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 888-893-3767



# INVOICE

| | Invoice No. | Invoice Date | Payment Terms |
|---|---|---|---|
| | 20220164273-14 | 5/3/2022 | Net 30 |
| | **Job No.** | **Job Date** | **Balance** |
| | 6128716 | 4/22/2022 | $879.58 |

| Case Name |
|---|
| Kimberly Pierce v. Houston Community College System |

| Case No. |
|---|
| 421CV346 |

**SW - DALLAS**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 214-741-6001  Fax: 214-741-6824**

**Charles Wilson**
**Littler Mendelson P.C.**
**1301 McKinney Street # 1900**
**Houston TX 77010**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Charles Wilson<br>Littler Mendelson P.C.<br>1301 McKinney Street # 1900<br>Houston TX 77010 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: Joelyn Rogers | | | | |
| Copy | 73.00 | Pages | $4.00 | $292.00 |
| Exhibit | 9.00 | Pages | $0.65 | $5.85 |
| Post Proceeding Transcription Request | 1.00 | N/A | $295.00 | $295.00 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| Transcript Handling & Processing | 1.00 | N/A | $70.00 | $70.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| | | **Total Due** | | **$764.85** |
| | | **(-) Payments/Credits** | | **$0.00** |
| | | **(+) Finance Charges/Late Fees** | | **$114.73** |
| | | **(=) New Balance** | | **$879.58** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                              Phone: 713-951-9400

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer. Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Charles Wilson
Littler Mendelson P.C.
1301 McKinney Street # 1900
Houston TX 77010

| **Invoice No.** | 20220164273-14 | **Invoice Date** | 5/3/2022 |
|---|---|---|---|
| **Job No.** | 6128716 | **Case No.** | 421CV346 |
| **Total Due** | **$879.58** | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**    

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**          **Phone:**

**Billing Address:**

**Zip:**                **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20220107201-14 | 2/11/2022 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6058574 | 1/26/2022 | $0.00 |

| Case Name |
|---|
| Kimberly Pierce v. Houston Community College System |

| Case No. |
|---|
| 421CV346 |

**SW - DALLAS**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 214-741-6001  Fax: 214-741-6824**

**Charles Wilson**
**Littler Mendelson P.C.**
**1301 McKinney Street # 1900**
**Houston TX 77010**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Charles Wilson<br>Littler Mendelson P.C.<br>1301 McKinney Street # 1900<br>Houston TX 77010 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY TRANSCRIPT OF: General | | | | |
| Administration Fee | 1.00 | N/A | $32.00 | $32.00 |
| 1 CERTIFIED COPY TRANSCRIPT OF: Renee Mack | | | | |
| Copy | 138.00 | Pages | $4.00 | $552.00 |
| 2 Business Day Expedite | | | | $496.80 |
| Exhibit | 21.00 | Pages | $0.65 | $13.65 |
| Exhibits (Color) | 8.00 | Pages | $1.50 | $12.00 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Transcript Handling & Processing | 1.00 | N/A | $70.00 | $70.00 |
| Litigation Technology, Support and Security Management | 1.00 | N/A | $55.00 | $55.00 |
| Rough Draft | 109.00 | Pages | $2.25 | $245.25 |

This invoice replaces invoice #20220102131-14

| | |
|---|---|
| Total Due | $1491.70 |
| (-) Payments/Credits | $1491.70 |
| (+) Finance Charges/Late Fees | $0.00 |
| (=) New Balance | $0.00 |

Tax ID : 76-0523238  Nevada Firm Registration # 067F                              Phone: 713-951-9400

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

| | | | |
|---|---|---|---|
| **Invoice No.** | 20220107201-14 | **Invoice Date** | 2/11/2022 |
| **Job No.** | 6058574 | **Case No.** | 421CV346 |
| **Total Due** | $0.00 | | |

Charles Wilson
Littler Mendelson P.C.
1301 McKinney Street # 1900
Houston TX 77010

Remit To:   **U.S. Legal Support, Inc.**
**P.O. Box 4772**
**Houston, TX 77210**

**PAY BY CREDIT CARD**   AMEX  MasterCard  VISA

**Cardholder's Name:**
**Card Number:**
**Exp. Date:**           **Phone:**
**Billing Address:**
**Zip:**           **Card Security Code:**
**Amount to Charge:**
**Cardholder's Signature:**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20210034162-14 | 11/11/2021 | Net 30 |

| Job No. | Job Date | Balance |
|---|---|---|
| 6019431 | 11/5/2021 | $0.00 |

| Case Name |
|---|
| Kimberly Pierce v. Houston Community College System |

| Case No. |
|---|
| 421CV346 |

**SW - AUSTIN**
**16825 Northchase Drive Suite 900**
**Houston TX 77060**
**Phone: 512-292-4249  Fax: 512-292-3866**

**Charles Wilson**
**Littler Mendelson P.C.**
**1301 McKinney Street # 1900**
**Houston TX 77010**

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| U.S. Legal Support - Remote VideoConference | Charles Wilson<br>Littler Mendelson P.C.<br>1301 McKinney Street # 1900<br>Houston TX 77010 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Type | Rate | Charges |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: Sean O'Neal | | | | |
| Copy | 67.00 | Pages | $4.00 | $268.00 |
| Exhibit | 72.00 | Pages | $0.55 | $39.60 |
| Exhibits (Color) | 53.00 | Pages | $1.50 | $79.50 |
| Condensed Transcript | 1.00 | N/A | $15.00 | $15.00 |
| Transcript Handling & Processing | 1.00 | N/A | $70.00 | $70.00 |
| Transcript Technology Package | 1.00 | N/A | $65.00 | $65.00 |
| Expedite Fee on Original | 1.00 | N/A | Minimum | $385.25 |
| | | | **Total Due** | **$922.35** |
| | | | **(-) Payments/Credits** | **$922.35** |
| | | | **(+) Finance Charges/Late Fees** | **$0.00** |
| | | | **(=) New Balance** | **$0.00** |

**Tax ID : 76-0523238  Nevada Firm Registration # 067F**                                                       Phone: 713-951-9400

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.
Review our Terms & Conditions for additional information at our website www.uslegalsupport.com.

*"Please detach bottom portion and return with payment."*

Charles Wilson
Littler Mendelson P.C.
1301 McKinney Street # 1900
Houston TX 77010

| Invoice No. | 20210034162-14 | Invoice Date | 11/11/2021 |
|---|---|---|---|
| Job No. | 6019431 | Case No. | 421CV346 |
| Total Due | $0.00 | | |

Remit To:   U.S. Legal Support, Inc.
            P.O. Box 4772
            Houston, TX 77210

**PAY BY CREDIT CARD**    

**Cardholder's Name:**

**Card Number:**

**Exp. Date:**            **Phone:**

**Billing Address:**

**Zip:**                  **Card Security Code:**

**Amount to Charge:**

**Cardholder's Signature:**